NOHIST (6/1/12) ksq

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

March 15, 2013

Clerk, U.S. Bankruptcy Court

BY **ksq** DEPUTY

In re
**Amy L. Cohoon**
Debtor(s)

) Case No. **13−60823−fra13**
)
)
) NOTICE OF HEARING
)
)
)

**PLEASE TAKE NOTICE** that **a Status Conference,** at which testimony will NOT be received, will be held:

**DATE:**  4/23/13            **TIME:**  01:30 PM

**LOCATION:**   US Bankruptcy Court, Courtroom #6, 405 E 8th Ave, Eugene, OR 97401

Clerk, U.S. Bankruptcy Court

28